JS-3
cc: PSA/USPO/Fiscal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-102-HDV |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING THE INDICTMENT |
| v. | |
| DONALD AULT, | |
| Defendant. | |

　　Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment be dismissed.

　　All dates in this matter and any pending, tentative orders are hereby vacated as moot.

　　The defendant's bond is exonerated.

　　IT IS SO ORDERED.

6/3/25
DATE

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

\_\_\_\_\_/s/_____
WILLIAM LARSEN
Assistant United States Attorney